# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Mark W. Hardy, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 23-cv-00563-JRT-JFD |
| Unum Life Insurance Company of America, | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Based on the foregoing, and on all the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1. The parties are ordered to meet and confer to recalculate the amount of benefits owed and the proper prejudgment interest in accordance with the rulings set forth in this Order.

2. The parties shall submit a joint proposed judgment within 28 days after entry of this Order.

3. Plaintiff shall recover from Defendant attorney's fees in the amount of $93,565.

4. Plaintiff shall recover from Defendant costs in the amount of $450.

Date: 9/10/2025                                                      KATE M. FOGARTY, CLERK